Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Montgomery Y. Paek, Bar No. 10176
montgomery.paek@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN WHITAKER, | Case No. 2:13-cv-02075-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CAESARS ENTERTAINMENT, CORP. dba CAESARS PALACE, | |
| Defendants. | |

The undersigned parties, by and through their respective counsel of record, hereby stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of April, 2014.

LAW OFFICE OF RICHARD SEGERBLOM          JACKSON LEWIS P.C.

  /s/ Richard Segerblom                                      /s/ Elayna J. Youchah
Richard Segerblom, Bar # 1010                   Elayna J. Youchah, Bar # 5837
700 South Third Street                                  Montgomery Y. Paek, Bar # 10176
Las Vegas, Nevada 89101                             3800 Howard Hughes Parkway, Ste. 600
                                                                          Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** this 7th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court